UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JECORY DEVONTE WILLIAMS,<br><br>　　　　Defendant. | CASE NO. MJ 16-066<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Felon in Possession of a Firearm; Possession of Cocaine Base with Intent to Distribute; Possession of Firearm in furtherance of a Drug Trafficking Crime

<u>Date of Detention Hearing</u>:　　February 22, 2016.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Complaint with the above-listed offenses. The Complaint alleges that defendant attempted to flee when approached by police officers and was found to be in possession of a stolen firearm. His criminal record includes a pending Resisting Arrest charge from November 2015, and a pending VUCSA charge from state court in October 2015, also alleging that defendant attempted to flee at the time of arrest.

2. Defendant poses a risk of nonappearance due to prior failures to appear, lack of familiar ties to this district, possible substance abuse history, pending criminal matters and an outstanding felony warrant. He poses a risk of danger due to criminal history and the nature of the pending charges.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 22nd day of February, 2016.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge